IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENT W. FOWLER, CODY FOWLER, LARRY BURRIS, MICHAEL LEACH, FRANCES WOODS, ROSEOLA THORNBURG, KATHERINE CARROLL, BETTIE BURNETT, LISA SMITH, ALICE SMITH, LESA HORNEY, CHRISTINE LANE-HUCKABAY, KENYA WASHINGTON, YOLANDA WHITE, ANGELA MCVAY, WAKEETHA ATKESON, ANGIE MILLER, RUBY MCGEE, CARMEN KIRKLAND, ANNTONETT TAYLOR, DELORIS WILSON, TIA SALLIS, SHERRY SALLIS, BRUCE MCCARTHY, NICOLE PIERCE, CYNTHIA WHITEFIELD, JORETTA TRUITT, JUDY BLACKMER, LAJOYA DAVIS, LECEIF SPRING, MISTY GRAHAM, SONYA JULY and STEPHANIE NEWMAN, Individually and standing in the stead of other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INCOR, SHELTERED WORK ACTIVITY PROGRAM, INC., an Oklahoma Corporation, d/b/a INCOR, EDWARD BREEN, BETSY BREEN, <br><br> Defendants. | **Case No. CIV-03-321-RAW** |

## **JUDGMENT**

_____Pursuant to the Findings of Fact and Conclusions of Law contemporaneously entered, the Court hereby enters Judgment pursuant to Rule 58 F.R.Cv.P. in favor of the defendants and against the plaintiffs as to plaintiffs' claim for liquidated damages. Judgment is entered

in favor of plaintiffs and against defendants on plaintiffs' claims for overtime pay and for "training time" in the amounts recited in the Findings of Fact and Conclusions of Law. Prejudgment interest and postjudgment interest shall be awarded at the rate described in 28 U.S.C. § 1961(a).

    ORDERED THIS 12th DAY OF FEBRUARY, 2009.

**Dated this 12th Day of February 2009.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma